# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**
2015 JAN 13 P 2:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

ACACIA MCNEAL,

CR 15 028

CRB



DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 860 - Distribution of Cocaine Base Within 1,000 Feet of a School

---

A true bill.

_____ Foreman

Filed in open court this __13th__ day of January 2015.

Ada Means, Clerk

Bail, $ __NO BAIL__ WARRANT

Jacqueline Scott Corley
United States Magistrate Judge

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

---

**OFFENSE CHARGED**

21 USC §§ 841(a)(1) and 860

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Term of Imprisonment of 40 years; Mandatory Minimum Term of Imprisonment of 1 year; Maximum Fine of $2,000,000; Supervised Release Term of 6 years to life; Mandatory Special Assessment of $100; Denial of Federal Benefits

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

FILED 2015 JAN 13 P 2:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S

▶ ACACIA MCNEAL

DISTRICT COURT NUMBER

CR 15 0028

CRB

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: **MELINDA HAAG**

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Lloyd Farnham

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
2015 JAN 13 P 2: 21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15 028 CRB |
| Plaintiff, | VIOLATION: 21 U.S.C. §§ 841(a)(1) and 860 – Distribution of Cocaine Base Within 1,000 Feet of a School |
| v. | |
| ACACIA MCNEAL, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about December 1, 2014, in the Northern District of California, the defendant,

ACACIA MCNEAL,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule II controlled substance, to wit: cocaine base, and did so within 1,000 feet of the real property comprising the San

//

//

INDICTMENT 1

1 | Francisco City Academy, an elementary school in San Francisco, California, in violation of Title 21,
2 | United States Code, Sections 841(a)(1) and 860.

DATED:

1/13/15

A TRUE BILL.

_____
FOREPERSON

MELINDA HAAG
United States Attorney


_____
DANIEL KALEBA
Deputy Chief, General Crimes Section

(Approved as to form: _____ )
AUSA Farnham

INDICTMENT 2